| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Meyer J. Reynolds** | Social Security number or ITIN | xxx–xx–0354 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter 13 | 1/3/17 |
| Case number: | **17–00036** | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                              12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Meyer J. Reynolds | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4023 W. Polk Street<br>Chicago, IL 60624 | |
| 4. | **Debtor's attorney**<br>Name and address | David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090 | Contact phone 847 520–8100<br>Email: davidsiegellaw@hotmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604 | Contact phone 312–431–1300 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 1/4/17 |

**For more information, see page 2**

Official Form 309I                    **Notice of Chapter 13 Bankruptcy Case**                    page 1

| | | | |
|---|---|---|---|
| 7. | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 8, 2017 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | Location:<br>**224 South Michigan, Suite 800, Chicago, IL 60604** |
| 8. | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/10/17** |
| | | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/9/17** |
| | | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/3/17** |
| | | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 9. | **Filing of plan** | The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held on:<br>**3/6/17** at **10:30 AM**, Location: **219 South Dearborn, Courtroom 644, Chicago, IL 60604**<br><br>**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4000.00**<br>If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. | **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| 13. | **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                       Case No. 17-00036-PSH
Meyer J. Reynolds                                                            Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cmendoza1              Page 1 of 2              Date Rcvd: Jan 04, 2017
                              Form ID: 309I                Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2017.
```
db             +Meyer J. Reynolds,    4023 W. Polk Street,    Chicago, IL 60624-3540
25220791       +Arnold Scott Harris,    111 W. Jackson, #600,    Chicago, IL 60604-3517
25220792       +Arnold Scott Harris, P.C.,    222 Merchandise Mart Plaza,    Suite 1932,    Chicago, IL 60654-1103
25220794       +Baron's Creditor's Services Corp.,    155 Revere Dr.,   Suite 9,    Northbrook, IL 60062-1558
25220795       +Bob Brady Auto Mall,    4025 E Boyd Rd,   Decatur, IL 62521-6100
25220796       +Bonheur Realty,    654 E. 43rd Street,    Chicago, IL 60653-2977
25220800        City Colleges of Chicago,    Malcom X College,   1900 W Van Buren,    Chicago, IL 60612-3145
25220801       +City of Chicago,   Dept. of Revenue,    PO Box 88292,    Chicago, IL 60680-1292
25220802        City of Chicago Dept. of Revenue,    Camera Enforcement Violation,    PO Box 88292,
                 Chicago, IL 60680-1292
25220803        City of Chicago Parking,    121 N LaSalle Street,   Room 107A,    Chicago, IL 60602-1232
25220804        Comcast,   PO Box 3002,    Southeastern, PA 19398-3002
25220805        Comcast,   Bankruptcy Department,    11621 E. Marginal Way 5,    Tukwila, WA 98168-1965
25220809       +East West Univeristy,    816 Michigan Avenue,   Chicago, IL 60605-2185
25220810       +Fed Loan Serv,   Pob 60610,    Harrisburg, PA 17106-0610
25224871       +Hade Reynolds,    4023 W Polk St.,    Chicago, IL 60624-3540
25220813       +Illinois Tollway,    Attn:Attorney General Legal Dept.,    2700 Ogden Ave.,
                 Downers Grove, IL 60515-1703
25220815       +Midwest Coll,   306 W Eldorado St,    Decatur, IL 62522-2154
25220816       +National Louis University,    122 S. Michigan Ave.,    Chicago, IL 60603-6162
25220818       +Peoples Engery,   Bankruptcy Department,    200 E. Randolph Street,    Chicago, IL 60601-6436
25220821       +Secretary of State,    Safety & Financial Responsibility,    2701 South Dirksen Parkway,
                 Springfield, IL 62723-1000
25220822        Secretary of State License Renewal,    3701 Winchester Road,    Springfield, IL 62707-9700
25220828       +TCF Bank,    800 Burr Ridge Pkwy,   Burr Ridge, IL 60527-0865
25220826       +Target NB,    CCS Gray OPS Center,    PO Box 6497,   Sioux Falls, SD 57117-6497
25220829        University of Illinois,    Hospital & Health Sciences Systems,    PO Box 12199,
                 Chicago, IL 60612-0199
25220831       +Weinstein, Pinson & Riley, PS,    2001 Western Ave,   Suite 400,    Seattle, WA 98121-3132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: davidsiegellaw@hotmail.com Jan 05 2017 02:19:31     David M Siegel,
                 David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL  60090
tr             +E-mail/Text: courtnotices@chi13.com Jan 05 2017 02:20:39     Marilyn O Marshall,
                 224 South Michigan Ste 800,   Chicago, IL 60604-2503
ust            +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Jan 05 2017 02:20:52     Patrick S Layng,
                 Office of the U.S. Trustee, Region 11,    219 S Dearborn St,   Room 873,
                 Chicago, IL 60604-2027
25220793       +EDI: CINGMIDLAND.COM Jan 05 2017 01:53:00     AT&T,   Bankruptcy Department,
                 5407 Andrew Highway,   Midland, TX 79706-2851
25220790       +EDI: AAEO.COM Jan 05 2017 01:54:00     Aarons Sales & Leasing,    4428 W. North Ave,
                 Chicago, IL 60639-4707
25220824        EDI: AISTMBL.COM Jan 05 2017 01:53:00     T Mobile Bankruptcy Team,    PO Box 53410,
                 Bellevue, WA 98015
25220825        EDI: AISTMBL.COM Jan 05 2017 01:53:00     T Mobile Wireless,   Attn: Bankruptcy Dept.,
                 PO Box 37380,   Albuquerque, NM 87176-7380
25220797       +EDI: CITICORP.COM Jan 05 2017 01:53:00     Citi,   Attn: Bankruptcy Department,    PO Box 6241,
                 Sioux Falls, SD 57117-6241
25220798        EDI: CITICORP.COM Jan 05 2017 01:53:00     Citi,   PO Box 6500,    Sioux Falls, SD 57117-6500
25220799       +EDI: CITICORP.COM Jan 05 2017 01:53:00     Citibank NA,   PO Box 769006,
                 San Antonio, TX 78245-9006
25220806        E-mail/Text: legalcollections@comed.com Jan 05 2017 02:23:14     Commonwealth Edison,
                 Bankruptcy Department,   2100 Swift Drive,   Oak Brook, IL 60523-1559
25220808        E-mail/Text: legalcollections@comed.com Jan 05 2017 02:23:14     Commonwealth Edison,
                 PO Box 6111,   Carol Stream, IL 60197-6111
25220807        E-mail/Text: legalcollections@comed.com Jan 05 2017 02:23:14     Commonwealth Edison,
                 Bankruptcy Department,   3 Lincoln Center,   Oak Brook Terrace, IL 60181-4204
25220812       +EDI: AMINFOFP.COM Jan 05 2017 01:53:00     First Premier Bank,    3820 N. Louise Ave.,
                 Sioux Falls, SD 57107-0145
25220811       +EDI: AMINFOFP.COM Jan 05 2017 01:53:00     First Premier Bank,    Bankruptcy Department,
                 PO Box 5523,   Sioux Falls, SD 57117-5523
25220814       +E-mail/Text: clerk.jaylevyattorney@yahoo.com Jan 05 2017 02:23:49     Jay K. Levy & Associates,
                 155 Revere Drive,   Suite 2,   Northbrook, IL 60062-1558
25220817       +E-mail/Text: egssupportservices@egscorp.com Jan 05 2017 02:22:10
                 NCO Financial Systems, Inc.,   600 Holiday Plaza Drive,   Suite 300,    Matteson, IL 60443-2238
25220819       +E-mail/Text: bankruptcy@gopfs.com Jan 05 2017 02:23:39     Prestige Financial Svc,
                 1420 S 500 W,   Salt Lake City, UT 84115-5149
25220823        EDI: RMSC.COM Jan 05 2017 01:53:00     SYNCB/Old Navy,   PO Box 965005,
                 Orlando, FL 32896-5005
25220820       +EDI: DRIV.COM Jan 05 2017 01:54:00     Santander,   Po Box 961245,    Ft Worth, TX 76161-0244
25220827       +EDI: WTRRNBANK.COM Jan 05 2017 01:53:00     Target NB,   Attn:Bankruptcy Dept.,    PO Box 673,
                 Minneapolis, MN 55440-0673
25220830       +EDI: VERIZONWIRE.COM Jan 05 2017 01:53:00     Verizon,   Bankruptcy Nat'l Recovery Dept,
                 PO Box 26055,   Minneapolis, MN 55426-0055
```

```
District/off: 0752-1         User: cmendoza1           Page 2 of 2             Date Rcvd: Jan 04, 2017
                             Form ID: 309I             Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

TOTAL: 22

\*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2017 at the address(es) listed below:
```
        David M Siegel    on behalf of Debtor 1 Meyer J. Reynolds davidsiegellaw@hotmail.com,
          davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
        Marilyn O Marshall    courtdocs@chi13.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                        TOTAL: 3
```