# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 17-00036 |
| | ) | |
| MEYER J. REYNOLDS, | ) | Chapter 13 |
| | ) | |
| | ) | Judge HUNT |
| Debtor(s). | ) | |

## NOTICE OF MOTION

**The following parties have been served via electronic mail:**
U.S. Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 trustee:  courtdocs@chi13.com

**The following party(s) have been served via regular US mail:**
See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at 219 South Dearborn Street, Chicago, Illinois and in the following courtroom (or any other place posted), and present the attached **Motion to Voluntarily Dismiss Chapter 13 Case**, at which time and place you may appear:

JUDGE:  HUNT
ROOM:  719
DATE:  August 6, 2018
TIME:  9:30 a.m.

   /s/  Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

## PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Christine H. Clar, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE: July 26, 2018

   /s/  Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
Attorney for Debtor(s)
790 Chaddick Drive
Wheeling, IL  60090
847/ 520-8100

**The following party(s) have been served via regular US mail:**

Mr. Meyer Reynolds
4023 Polk St.
Chicago, IL  60624

Commonwealth Edison
Bankruptcy Dept.
3 Lincoln Center
Oak Brook Terrance, IL  60181-4204

City of Chicago, Dept. of Finance
c/o Arnold Scott Harris
111 W. Jackson Blvd., Ste. 600
Chicago, IL  60604

Peoples Gas
200 E. Randolph St.
Chicago, IL  60601

Illinois Tollway
Attn: Attorney General Legal Dept.
2700 Ogden Ave.
Downers Grove, IL  60515

Prestige Financial Services
P.O. Box 26707
Salt Lake City, UT  84126

Santander Consumer USA
P.O. Box 961245
Ft. Worth, TX  76161-1245

Quantum3 Group
JH Portfolio Dept. Equities
P.O. Box 788
Kirkland, WA  98083-0788

Bonheur Realty
Baron's Creditor's Services
155 Revere Dr., Ste. 9
Northbrook, IL  60062

Premier Bankcard
Jefferson Capital
P.O. Box 7999
St. Cloud, MN  56302-9617

US Dept. of Education
FedLoan Servicing
P.O. Box 69184
Harrisburg, PA  17106-9184

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

|  |  |  |
|---|---|---|
| In Re: | ) | 17-00036 |
|  | ) |  |
| MEYER J. REYNOLDS, | ) | Chapter 13 |
|  | ) |  |
|  | ) | Judge HUNT |
| Debtor(s). | ) |  |

### MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE

NOW COMES the Debtor, by and through his attorneys, DAVID M. SIEGEL & ASSOCIATES, LLC, to present his Motion, and in support thereof states as follows:

1.     Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2.     On January 3, 2017 the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and was not previously a Chapter 7 case.

3.     Debtor desires that this Chapter 13 case be dismissed, pursuant to 11 USC Sec. 1307(b).

4.     Debtor's request is not for the purpose of fraud or abuse to creditors or the court.

WHEREFORE, the Debtor prays that this Honorable Court enter an Order Dismissing the Chapter 13 Case.

Respectfully Submitted,

__/s/  Christine H. Clar_____
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
Attorney for Debtor(s)
790 Chaddick Drive
Wheeling, IL  60090
847/ 520-8100